BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00091-MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE ; ORDER THEREON** |
| v. | |
| DAYNA LYN HUNTSMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Christiaan H. Highsmith, Assistant U.S. Attorney, representing plaintiff United States of America, and Tasha Chalfant, Esq., representing defendant Dayna Huntsman, that Ms. Huntsman's initial appearance on the petition for revocation of supervised release, currently scheduled for June 13, 2013, be continued to July 18, 2013 for the following reasons:

1. On April 2, 2013, a petition for revocation of supervised release was filed with the Court based on two charges, including one new law violation in connection with Ms. Huntsman's arrest by the San Leandro Police Department for petty theft and grand theft. Prior to her arrest, Ms. Huntsman was observed selling gift cards believed to have been stolen and was found to be in possession of social security cards and credit cards of other individuals.

2. Ms. Huntsman's revocation hearing was set for April 11, 2013, but was continued

1

1 | to May 9, 2013 following a request by the parties. The Court again granted a continuance – to June 13, 2013 – based on defense counsel's unopposed request for additional time.

3. On June 5, 2013, the probation officer filed a superseding petition for revocation, which added three additional charges, including a new law violation following Ms. Huntsman's arrest by the Benicia Police Department for possession of drug paraphernalia, burglary, forgeries counterfeiting, receiving/buying stolen property, identity fraud, and fraud. Pursuant to the superseding petition, the Court ordered the issuance of a warrant and an initial appearance and detention hearing before a Magistrate Judge.

4. On June 5, 2013, the Attorney for the United States contacted the Solano County District Attorney's Office and the Alameda County District Attorney's Office. The Deputy District Attorney in Solano County assigned to Ms. Huntsman's case stated that Ms. Huntsman is scheduled for a preliminary hearing in Solano County on June 11, 2013. The Deputy District Attorney in Alameda County assigned to Ms. Huntsman's case stated that Ms. Huntsman is scheduled for a preliminary hearing in Alameda County on July 16, 2013.

5. Because the new law violates alleged in the superseding petition are predicated upon alleged state law violations, the undersigned parties request that the Court continue Ms. Huntsman's initial appearance on the petition for revocation of supervised release to July 18, 2013 so that Ms. Huntsman's underlying state law violations are resolved and so that the parties can work towards a global resolution of this matter.

**[remainder of page intentionally blank]**

IT IS SO STIPULATED.

Dated: June 10, 2013         Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

By:  /s/ Christiaan H. Highsmith
      CHRISTIAAN H. HIGHSMITH
      Assistant U.S. Attorney

By:  /s/ Tasha Paris Chalfant
      TASHA PARIS CHALFANT
      Attorney for Defendant
      DAYNA LYN HUNTSMAN

## ORDER

Based upon the agreement of the parties, the Court adopts the proposed stipulation continuing the initial appearance on the petition for revocation of supervised release. That appearance is accordingly continued from June 13, 2013 to July 18, 2013. At 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

DATED: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT